■    DONALD B. RITTS, Appellant, v. JAMES P. WILMOT, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Monroe Special Term denying in part a motion by plaintiff for an examination of defendant and of Page Airways, Inc.) Present — Williams, P, J., Bastow, Goldman, Halpern and McClusky, JJ.

■    RONALD VALLONE, an Infant, by ANTHONY VALLONE, His Guardian ad Litem, et al., Appellants, v. RICHARD TODARO et al., Respondents.— Judgment unanimously reversed insofar as the complaint was dismissed " upon the merits " and judgment of dismissal otherwise affirmed, without costs of this appeal to any party. Memorandum: We do not approve the conduct of plaintiff's attorney, but, so far as the record shows, the Trial Judge gave no direction to dismiss the complaint upon the merits and it was, therefore, improper to enter a judgment dismissing it upon the merits, under section 482 of the Civil Practice Act. (Appeal from judgment of Erie County Court dismissing plaintiffs' complaint as to both defendants, upon plaintiffs refusing to proceed after opening statement by counsel for defendant Kroll, in an automobile negligence action.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■    ARTHUR E. HAIGHT, Respondent, v. HOWARD L. FOWLER, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before June 20, 1960.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE L. RANOUS, Appellant.— Order of substitution of attorneys entered.

■    ERNEST CRITOPH, Doing Business as CRITOPH BROTHERS, Respondent, v. LEONARD E. LERCZAK, Doing Business as CHIPPEWA CONSTRUCTION CO., et al., Appellants.— Motion granted and stay continued on condition that appellants file and serve five typewritten copies of record and appellants' brief on or before May 10, 1960 and that respondent file and serve typewritten brief on May 11, 1960 and case set down for argument on May 13, 1960. In event of appellants' failure to so file, stay will be vacated. (Order entered May 9, 1960.)

■    THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL DI LAPO, Appellant, against B. JOHN TUTUSKA, as Sheriff of Erie County, Respondent.— Motion granted and case added to Term Calendar for May 1960 Term; unless respondent's brief is filed and served on or before May 11, 1960, no such brief will be received, and the case will be deemed submitted on the oral argument. (Order entered May 10, 1960.)

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM R. LISS, Appellant.— Stanley G. Falk, Esq., assigned as associate counsel with permission to argue appeal. (Order entered May 10, 1960.)

■    BRUCE ALEXANDER, Respondent, v. GEORGE LOUNSBURY et al., Appellants.— Appeal dismissed, without costs, upon stipulation.

■    NICOLETTA LEO, Respondent, and FRANK LEO, Appellant, v. LAURA REILE, Appellant-Respondent.— Motion granted and time for argument of appeal extended to include September 1960 Term of court. Respondent directed to file and serve brief by August 1, 1960.

■    GORDON M. SHOOLMAN, Appellant, v. GANNETT COMPANY INC., Respondent.— Appeal dismissed unless records and briefs are filed and served on or before June 20, 1960.